FILED

11/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0516

THERMAL DESIGN, INC., a Nebraska Corporation,

      Plaintiff and Appellee,

    v.

MARK DUFFY, an individual; PAM DUFFY, an individual; CENTRL COPTERS, INC., a Montana corporation,

      Defendants and Appellants,

STEVE THORSON, an individual, d/b/a TNT Building Systems, a general partnership; TRAVIS THORSON, an individual, d/b/a TNT Building Systems, a general partnership; STEEL CONCEPTS, LLC, an Idaho limited liability company; and STEVE LARSON, an individual,

      Defendants.

                        ORDER OF MEDIATOR
                            APPOINTMENT

---

MARK and PAM DUFFY, a married couple and CENTRAL COPTERS, INC.,

      Counterclaim Plaintiffs,

    v.

THERMAL DESIGN, INC., a Nebraska corporation,

      Counterclaim Defendants.

---

MARK and PAM DUFFY, a married couple, and

CENTRAL COPTERS, INC.,

        Crossclaim Plaintiffs,

      v.

STEVE THORSON, an individual, d/b/a TNT
Building
Systems, a general partnership; TRAVIS THORSON,
an individual, d/b/a TNT Building Systems, a general
partnership,

        Crossclaim Defendants.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Daniel B. Bidegaray,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this November 16, 2021.

                            _____
                        Bowen Greenwood, Clerk of the Supreme Court

c:    Kellie Gaston Sironi, Mark Lewis Evans, Steven Thorson, Travis Thorson